# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRACY ZDZIARSKI, : | |
|     Plaintiff : | |
| : | No. 3:12-cv-01887 |
| v. : | |
| : | (Judge Kane) |
| CAROLYN W. COLVIN : | |
| COMMISSIONER : | |
| OF SOCIAL SECURITY : | |
|     Defendant : | |

## ORDER

AND NOW, on this 5th day of August 2014, **IT IS HEREBY ORDERED THAT**:

1. The decision of the Commissioner denying disability insurance benefits and supplemental social security income to Plaintiff is **AFFIRMED**; and,

2. The Clerk of Court is directed to close the above-captioned action.

    S/ Yvette Kane
    Yvette Kane, District Judge
    United States District Court
    Middle District of Pennsylvania